IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal No. 12-PO-00133-DLW

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. MARCOS CASTRO,**

**Defendant.**

---

### MINUTE ORDER SETTING CHANGE OF PLEA HEARING

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      Counsel for the Defendant has filed a Notice of Disposition, Notice of Change of Plea and Request for Change of Plea Hearing, therefore:

      **IT IS HEREBY ORDERED** that this matter is set for a Change of Plea Hearing on April 11, 2013 at 1:30 p.m.

      **IT IS FURTHER ORDERED** that the hearing on any pre-trial motions and the jury trial in this matter are vacated.

**DATED: April 2, 2013.**

                                               **BY THE COURT:**

                                               s/David L. West
                                               **United States Magistrate Judge**